No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 24.

———

W. H. H. Gleason, Plaintiff in Error v. William Green *et al.,* Defendants in Error.

### Division B.

Writ of error to Circuit Court, Dade county; Minor S. Jones, Judge.

George M. Robbins for plaintiff in error.

No appearance for defendants in error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

———

W. H. H. Gleason, Plaintiff in Error, v. William Green and George Olsen, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Dade county; Minor S. Jones, Judge.